# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201600194

————————————

## UNITED STATES OF AMERICA
Appellee

v.

## MATTHEW I. WILSON
Aviation Boatswain's Mate (Fuels) Third Class (E-4),
U.S Navy

Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain David M. Harrison, JAGC, USN.
For Appellant: Captain David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 8 September 2016

————————————

Before CAMPBELL, RUGH and HUTCHISON, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court